FILED
FEB 1 5 2007
U.S. DISTRICT COURT
ARKSBURG, WV 2630

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KIMBERLY A. KENT,

    Plaintiff,

v.                         CIVIL ACTION NO. 1:06CV41
                           (Judge Keeley)

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. §636(b)(1)(B), Rule 72(b), Federal Rules of Civil Procedure and Local Court Rule 4.01(d), on March 16, 2006, the Court referred this Social Security action to United States Magistrate James E. Seibert with directions to submit to the Court proposed findings of fact and a recommendation for disposition. On January 10, 2007, Magistrate Judge Seibert filed his Report and Recommendation and directed the parties, in accordance with 28 U.S.C. §636(b)(1) and Rule 6(e), Fed. R. Civ. P., to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation and further directed the parties that failure to file objections would result in a waiver of the right to appeal from the judgment of this Court. The parties did not file any objections.

KENT V. COMMISSIONER OF SOCIAL SECURITY                    1:06CV41

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Upon consideration of the Magistrate Judge's recommendation and having received no written objections,[1] the Court accepts and approves the Report and Recommendation. Therefore, it is

**ORDERED** That Magistrate Judge Seibert's Report and Recommendation be, and hereby are, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate. Accordingly,

1. The plaintiff's motion for Summary Judgment (Docket No. 12) is **GRANTED-IN-PART;**

2. The defendant's motion for Summary Judgment (Docket No. 13) is **DENIED;**

3. The plaintiff's claim is **REMANDED** to the Commissioner for consideration and evaluation pursuant to the recommendations contained in the Magistrate Judge's Report and Recommendation; and

4. This civil action is **DISMISSED WITH PREJUDICE** and **RETIRED** from the docket of this Court.

---

[1] The failure of the parties to object to the Report and Recommendation not only waives their appellate rights in this matter, but also relieves the Court of any obligation to conduct a *de novo* review of the issues presented. See <u>Wells v. Shriners Hospital</u>, 109 F.3d 198, 199-200 (4th Cir. 1997); <u>Thomas v. Arn</u>, 474 U.S. 140, 148-153 (1985).

KENT V. COMMISSIONER OF SOCIAL SECURITY                    1:06CV41

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Clerk of Court is directed to enter a separate judgment order. Fed.R.Civ.P. 58. If a petition for fees pursuant to the Equal Access to Justice Act (EAJA) is contemplated, the plaintiff is warned that, as announced in Shalala v. Schaefer, 113 S.Ct. 2625 (1993), the time for such a petition expires ninety days thereafter.

The Clerk of the Court is directed to transmit copies of this Order to counsel of record.

DATED: February _____15_____, 2007.

                                    Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE